FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ NOV 21 2016 ★
BROOKLYN OFFICE

November 17, 2016

Re: CV16-6121
Mauskopf, J.
Kou, M.J.

Dear Honorable Clerk,

I trust that the Clerk's office has received information responsive to your notice dated November 3, 2016, but received by Petitioners on dates ranging from November 10th — 16th, 2016. The number of inmate petitioners that submitted timely and complete information totals twenty-eight (28). Most requested waivers of the filing fee; others have agreed to pay the filing fee.

Upon receiving the November 3, 2016 notice, four (4) petitioners: Emmanuel Gonzalez, Pedro Espada, Kesnel Juste and David Crespo requested and received a certified statement showing receipts, expenditures and balances during the last six months. Most of the aforementioned were subjected to aggressive questioning by M.D.C officials concerning "why" they needed the statement. Shortly thereafter, others who wanted to proceed with an application requesting a waiver of the filing fee were not provided the information. Petitioners anticipated this illegal resistance by M.D.C and wrote a letter to the Clerk on November 13, 2016 concerning our lack of authority to force

2

compliance by M.D.C. We now write to confirm that our suspicions and concerns regarding M.D.C's bad faith were well founded and have been validated — no one has received their statements since the original four (4). We now respectfully request that the Court receive, process and approve the documentation that will result in the waiver of the filing fees. We also request that the Court direct M.D.C. Brooklyn to send the outstanding certified financials directly to the Clerks office.

We thank the Clerk in advance for your attention, assistance and cooperation.

Sincerely,

Anthony Podius
71145-054

Anthony Podlas 71145-054
Metropolitan Detention Central
P.O. Box 329002
Brooklyn NY. 11232

LEGAL
MAIL

CLERK OF U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN NY. 11201