```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
 ANTON P. JEPSON; ZAQUAN HOLMAN;
 and FRANCIS GOMEZ,
```

      Plaintiffs,      **MEMORANDUM AND ORDER**
                        16-CV-6121 (RRM) (PK)
  - against -

```
FEDERAL BUREAU OF PRISONS; DEPARTMENT
OF JUSTICE; LORETTA LYNCH, Attorney General,
in her official capacity; HERMAN QUAY III, Warden,
MDC Brooklyn; PETRUCCI, Associate Warden;
TRAVERS, Health Services Administrator;
J. CHILDRESS, Unit Manager; K. SPIVEY, Case
Manager; KYLER, Case Manager; BENNETT,
Counselor; McMILLIAN, Counselor;
DR. M. SEGAL, Psychology Chief;
and DR. L. NICHOLAS, SPU Coordinator,

                         Defendants.
----------------------------------------------------------------X
ROSLYNN R. MAUSKOPF, United States District Judge.
```

  *Pro se* plaintiffs Anton P. Jepson, Zaquan Holman, and Francis Gomez filed this civil rights action on October 27, 2016. Since July 2017, the plaintiffs have failed to communicate with the Court in any way. On October 23, 2017, the Court ordered the plaintiffs to show cause in writing by November 20, 2017, why this case should not be dismissed for failure to prosecute. That deadline has passed, and Jepson, Holman, and Gomez have failed to respond. Accordingly, the action is hereby dismissed.

  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith, and therefore *in forma pauperis* status is denied for purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962). The Clerk of Court is directed to enter judgment, mail a copy of this Order and the accompanying judgment to Anton P. Jepson,

Zaquan Holman, and Francis Gomez, and close this case.

SO ORDERED.

Dated: Brooklyn, New York
      December 19, 2017

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge